```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 23478
   CLARK RANDOLPH MCCALLISTER
   MELODY ANN MCCALLISTER                       CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-2788    SSN XXX-XX-7764
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/13/05 and confirmed on 10/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 26606.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| SADDLEWOOD ESTATES INC | SECURED | .00 | .00 | .00 |
| WORLDWIDE ASSET BANK OF | UNSECURED | NOT FILED | .00 | .00 |
| GLENVIEW STATE BANK | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 5585.00 | 468.85 | 5585.00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU OF ORL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14062.45 | .00 | 4188.61 |
| FINANCE SYSTEMS OF GREEN | UNSECURED | 238.67 | .00 | 71.09 |
| GREAT LAKES FINANCIAL SR | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2849.94 | .00 | 848.88 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2194.05 | .00 | 653.52 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV PHYSICIANS F | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV PHYSICIANS F | UNSECURED | NOT FILED | .00 | .00 |

```
LOYOLA UNIV PHYSICIANS F  UNSECURED       NOT FILED            .00          .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED            .00          .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED            .00          .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED            .00          .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED            .00          .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED            .00          .00
CALVARY PORTFOLIO SERVIC  UNSECURED        38474.95            .00     11460.06
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED            .00          .00
NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED            .00          .00
ORTHOSPORT                UNSECURED       NOT FILED            .00          .00
PLAZA ASSOCIATES          UNSECURED       NOT FILED            .00          .00
ROBERT G MICHAELS         UNSECURED       NOT FILED            .00          .00
ROBIN BLAKKOIB DDS        UNSECURED       NOT FILED            .00          .00
RPM COLLECTION            UNSECURED       NOT FILED            .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED       NOT FILED            .00          .00
TRI COUNTY ACCOUNTS       UNSECURED       NOT FILED            .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED         5006.00            .00      1491.08
GE MONEY BANK             UNSECURED          127.83            .00        38.08
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY     UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5585.00          .00      62953.89         .00     68538.89
PRINCIPAL PAID       5585.00          .00      18751.32         .00     24336.32
INTEREST PAID         468.85          .00            .00        .00       468.85
TOTAL PAID           6053.85          .00      18751.32         .00     24805.17
```

The Debtor's attorney, NORDIN & STURINO                 , was allowed $   2200.00
and was paid $   1500.00   direct and $    700.00   through the plan.

The Trustee received $   1100.83 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 05 B 23478 CLARK RANDOLPH MCCALLISTER & MELODY ANN MCCALLISTE
```